FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0645

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0645

STATE OF MONTANA,

> Plaintiff and Appellee,

vs.

JESSIE JAMES STANDIFUR,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 21, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 16 2024